IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MINERA PEÑASQUITO S.A. de C.V.,**
a Foreign Corporation,

**Plaintiff,**

vs.                                     No. CV 09-1149-BB/WDS

**JOHN L. SHANNON, individually, and in his official capacity
as a Director of L&R TIRE, INC.; and L&R TIRE, INC.,**
a New Mexico Corporation; and ALL A-ROUND
CONNECTIONS, LLC, a New Mexico Limited Liability
Company,

**Defendants.**

### ORDER GRANTING MOTION TO EXTEND TIME

THIS MATTER comes before the Court on the motion of Defendant John Shannon for an extension of time to find an attorney to represent L&R Tire, Inc., filed on June 2, 2010. (Document No. 33) Plaintiff filed opposition to the motion (Document No. 38) Although neither a reply brief or a Notice of Completion of Briefing was filed, the Court deems the motion fully briefed and finds that the motion is well taken. Accordingly, Defendants motion (Document No. 33) is granted, and Defendant is granted an extension of time until August 15, 2010 to find an attorney to represent L&R Tire, Inc.

**IT IS SO ORDERED.**

_____
**W. DANIEL SCHNEIDER**
**United States Magistrate Judge**