IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MINERA PEÑASQUITO S.A. de C.V.,
a Foreign Corporation,

Plaintiff,

vs.                                                                No. CV 09-1149-BB/WDS

JOHN L. SHANNON, individually, and in his official capacity
as a Director of L&R TIRE, INC.; and L&R TIRE, INC.,
a New Mexico Corporation; and ALL A-ROUND
CONNECTIONS, LLC, a New Mexico Limited Liability
Company,

Defendants.

## ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY DEADLINES

**THIS MATTER** is before the Court on a Joint Motion to Extend Discovery Deadlines filed by Plaintiff and Defendant All Around Connections, LLC (the "Parties"), requesting that the close of discovery scheduled in this case for September 10, 2010 be extended by ninety days. Defendants John Shannon and L&R Tire have not filed opposition to this motion. The Court finds the motion well-taken and it is GRANTED. The new discovery deadlines are as follows:

    Termination date for discovery – November 2, 2010
    Motions relating to discovery – November 15, 2010
    Pretrial Motions (other than discovery motions) – December 22, 2010
    Pretrial Order (plaintiff to defendant) – February 28, 2011
    Pretrial Order (defendant to Court) – March 9, 2011

**IT IS SO ORDERED**.

_____
W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE