IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MINERA PEÑASQUITO S.A. de C.V.,**
**a Foreign Corporation,**

**Plaintiff,**

**vs.**                                                        No. CV 09-1149-BB/WDS

**JOHN L. SHANNON, individually, and in his official capacity**
**as a Director of L&R TIRE, INC.; and L&R TIRE, INC.,**
**a New Mexico Corporation; and ALL A-ROUND**
**CONNECTIONS, LLC, a New Mexico Limited Liability**
**Company,**

**Defendants.**

## ORDER

**THIS MATTER** is before the Court on the Motion to Extend Time to Obtain Counsel (Document #48) and Motion for Order to Proceed Pro-Se (Document #15) filed by Defendant John Shannon. Neither motion is opposed. The complaint in this matter asserts claims against L&R Tire, Inc. and against John Shannon both in his individual capacity and his official capacity as a director of L&R Tire, Inc. The complaint was filed on December 7, 2009. Shannon's Motion to Extend Time to Obtain Counsel was filed on August 13, 2010 and sought an extension until August 20, 2010 to obtain counsel. Shannon has not notified the Court that he has obtained counsel.

The Court GRANTS Defendant Shannon's Motions with a final extension deadline of September 24, 2010. If an attorney has not entered an appearance by that date on behalf of Defendant Shannon, Shannon will be deemed to be representing himself *pro se*. If an attorney has not entered an appearance by that date on behalf of Defendant L&R Tire, Inc., that defendant will be deemed unrepresented pursuant to Local Rule of Civil Procedure 83.7 "Representation of Corporation or Partnership," which requires a corporation to be represented by an attorney

authorized to practice before this Court.

**IT IS SO ORDERED.**

_____
**W. DANIEL SCHNEIDER**
**UNITED STATES MAGISTRATE JUDGE**